# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Eagle Nation Cycles, Steven V. Erato, et. al, <br><br> *Plaintiff* <br><br> v. <br><br> The City of Neenah, Neenah Police Dept., et. al. <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Honorable Scott C. Woldt
415 Jackson St. 4th floor
Oshkosh WI, 54903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cole J. White
White Law Offices, LLC.
131 N. Broadway
Green Bay WI, 54303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date: _____                                   _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott C. Woldt, 415 Jackson St 4th floor. Oshkosh WI, 54903
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Louise Schoenicke, Court Assistant , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* 12/1/14 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/1/14

Server's signature

Darel Drugsl
Printed name and title

Server's address
1325 Esj Habor La
Oshkosh WI 54904

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Eagle Nation Cycles, Steven V. Erato, et. al., )<br>*Plaintiff* )<br>v. )<br>The City of Neenah, Neenah Police Dept., et. al. )<br>*Defendant* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Neenah, Mayor Dean R. Kaufert
211 Walnut St.
Neenah WI, 54956

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cole J. White
White Law Offices, LLC.
131 N. Broadway
Green Bay WI, 54303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Neenah, 211 Walnut St. Neenah WI, 54956 was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
   on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sam Hatala, Deputy Clerk , who is designated by law to accept service of process on behalf of *(name of organization)* City of Neenah
   on *(date)* 12/1/14 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/1/14

Server's signature

Daniel Dringoli
Printed name and title

Daniel Dringoli
1325 Egg Harbor Lane
Server's address
Oshkosh WI 54904

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Eagle Nation Cycles, Steven V. Erato, et. al, )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>The City of Neenah, Neenah Police Dept., et. al. )<br>)<br>*Defendant* ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Neenah Police Captain, Thomas Long
2111 Marathon Ave.
Neenah WI, 54956

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cole J. White
White Law Offices, LLC.
131 N. Broadway
Green Bay WI, 54303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Thomas Long 2111 Marathon Ave. Neenah Ave. 54956
was received by me on (date)

☐ I personally served the summons on the individual at (place)
                                                            on (date)             ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
                   , a person of suitable age and discretion who resides there,
on (date)           , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Lt. Shawn O'Bre                     , who is
designated by law to accept service of process on behalf of (name of organization) Neenah Police Dpt
                                      on (date) 11/08/14      ; or

☐ I returned the summons unexecuted because                                        ; or

☐ Other (specify):


My fees are $          for travel and $          for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: 11/25/14

Server's signature

Printed name and title
Daniel Orengo

Server's address
1325 Egg Harbor Ln
Oshkosh, WI 54904

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Eagle Nation Cycles, Steven V. Erato, et. al, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| The City of Neenah, Neenah Police Dept., et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Winnebago County (Served upon: Corporation Counsel)
48 Algoma Blvd.
Oshkosh WI, 54901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cole J. White
White Law Offices, LLC.
131 N. Broadway
Green Bay WI, 54303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Winnebago Cty 448 Algoma Blvd. Oshkosh WI, 54901

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Staffaron, Paralegal , who is designated by law to accept service of process on behalf of *(name of organization)* 12/1/14 Winnebago County

on *(date)* ; or Wisconsin

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/1/14

Server's signature

Printed name and title
Daniel Drago[l]

Server's address
1305 Egg Harbor Ln
Oshkosh, WI 54904

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Eagle Nation Cycles, Steven V. Erato, et. al, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| The City of Neenah, Neenah Police Dept., et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neenah Police Department
2111 Marathon Ave
Neenah WI, 54956

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cole J. White
White Law Offices, LLC.
131 N. Broadway
Green Bay WI, 54303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Neenah Police Dep, 2111 Marathon Ave. Neenah WI, 54956
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lt. Shaun O'Bre _____, who is
designated by law to accept service of process on behalf of *(name of organization)* Neenah Police Dept
on *(date)* 11/28/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/_/14

Server's signature

Printed name and title
Dan Drihgol
Private Investigator

Server's address
1325 Egg Harbor Ln
Oshkosh WI 54904

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Eagle Nation Cycles, Steven V. Erato, et. al. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>The City of Neenah, Neenah Police Dept., et. al. )<br>)<br>Defendant ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Neenah Police Chief, Kevin E. Wilkinson
2111 Marathon Ave.
Neenah WI, 54956

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cole J. White
White Law Offices, LLC.
131 N. Broadway
Green Bay WI, 54303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JON W. SANFILIPPO
*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kevin E. Wilkinson 2111 Marathon Ave. Neenah Ave. 54956
was received by me on *(date)*                         .

☐ I personally served the summons on the individual at *(place)*
                                                                on *(date)*                ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                         , a person of suitable age and discretion who resides there,
on *(date)*              , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lt. Shawn OBre                , who is
designated by law to accept service of process on behalf of *(name of organization)* Neenah Police Dept
                                                      on *(date)* 11/28/14   ; or

☐ I returned the summons unexecuted because                                                  ; or

☐ Other *(specify)*:


My fees are $              for travel and $              for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 11/28/14

*Server's signature*

Daniel Drangol
*Printed name and title*

1325 Egg Harbor Ln
*Server's address*
Oshkosh, WI 54904

Additional information regarding attempted service, etc: