UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

_____

EAGLE NATION CYCLES, STEVEN V. ERATO,
MICHAEL L. FUNK, WENDY WILLIAMSON
and LOTTIE A. TUCKER,

       Plaintiffs,

v.

CITY OF NEENAH,
NEENAH POLICE DEPARTMENT,
HON. SCOTT C. WOLDT,
CHIEF KEVIN E. WILKINSON,
CAPTAIN THOMAS LONG and
WINNEBAGO COUNTY,

       Defendants.

       Case No. 14-CV-1503
_____

**AFFIDAVIT OF MARTIN J. De VRIES IN SUPPORT OF MOTION TO DISMISS**
_____

STATE OF WISCONSIN   )
                         ) ss
FOND DU LAC COUNTY  )

    Martin J. De Vries being sworn on oath, deposes and states:

1. I am counsel for defendant County of Winnebago and I have personal knowledge of all matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notices of depositions for plaintiffs Steven V. Erato, Micheal J. Funk, Wendy Williamson and Lottie A. Tucker.

1

3. I appeared for the deposition of plaintiff Steven V. Errato on November 5, 2015, at 9:00 a.m., at 9898 West Bluemound Road, Wauwatosa, WI. None of the plaintiffs appeared for the depositions.

4. Attached hereto as Exhibit 2 are true and correct copies of the transcripts noting non-appearance by each plaintiff.

5. At no time did counsel for plaintiffs contact me about rescheduling these depositions.

6. Plaintiffs' counsel has at no time contacted me about this matter nor have plaintiffs done any discovery.

*/s/ Martin J. De Vries*

_____
Martin J. De Vries

Subscribed and sworn to before
me this 1st day of December, 2015

*/s/ Joan King*

_____
Notary Public, State of Wisconsin
My commission expires: 7/21/2017

2